IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| YORAM AVNERI, | § | |
|    *Plaintiff* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:17-cv-00588-O |
| | § | |
| HARTFORD FIRE INSURANCE | § | |
| COMPANY, | § | |
|    *Defendant* | § | |

## JOINT REPORT OF MEDIATION AND SETTLEMENT

The Parties mediated this case on November 29, 2017 before John DeGroote in Dallas, Texas. Present at the mediation were the following individuals: J. Zachary Moseley and Derek Fadner (counsel for Plaintiff), Yoram Avneri (Plaintiff), Justin E. VandenBout (counsel for Hartford Fire), and David A. Thompson (Property Team Leader and Corporate Rep for Hartford Fire). Although the case did not resolve at mediation, the case resolved shortly thereafter on December 4, 2017 by agreement of the parties. The Parties are finalizing settlement and release documents and anticipate filing dismissal documents on or before December 31, 2017.

Respectfully submitted,

CHAMBERLAIN, HRDLICKA, WHITE,
　　WILLIAMS & AUGHTRY

By: */s/ Justin E. VandenBout*
　　Christine Kirchner
　　State Bar No. 00784403
　　Federal Bar No. 15255
　　c.kirchner@chamberlainlaw.com
　　Justin E. VandenBout
　　State Bar No. 24060765
　　Federal Bar No. 912644
　　justin.vandenbout@chamberlainlaw.com
　　1200 Smith Street, Suite 1400
　　Houston, Texas 77002
　　Phone: (713) 658-1818
　　Fax: (713) 658-2553

**COUNSEL FOR DEFENDANT HARTFORD FIRE INSURANCE COMPANY**

MCCLENNY MOSELEY & ASSOCIATES, PLLC

By: */s/ Derek Fadner (with permission)*
　　James M. McClenny
　　Texas Bar No. 24091857
　　Federal ID No. 2764142
　　J. Zachary Moseley
　　Texas Bar No. 24092863
　　Federal ID No. 2706476
　　Derek Fadner
　　State Bar No. 24100081
　　411 N. Sam Houston Pkwy E.
　　Suite 200, Houston, TX 77060
　　Principal Office: 713-334-6121
　　Facsimile: 713-322-5953
　　Derek@mma-pllc.com
　　James@mma-pllc.com
　　Zach@mma-pllc.com
　　411 N. Sam Houston Parkway E., Suite 200
　　Houston, Texas 77060

**COUNSEL FOR PLAINTIFF YORAM AVNERI**

2

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing has been forwarded to the following counsel of record in accordance with the Federal Rules of Civil Procedure on this 8th day of December, 2017.

  James M. McClenny
  J. Zachary Moseley
  Derek L. Fadner
  MCCLENNY MOSELEY & ASSOCIATES. PLLC
  411 N. Sam Houston Parkway E., Suite 200
  Houston, Texas 77060

             */s/ Justin E. VandenBout*
             Justin E. VandenBout

2578697.1
001575.000147