**IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| **YORAM AVNERI,** § | |
| Plaintiff, § | |
| § | **CIVIL ACTION NO. 4:17-CV-00588-** |
| v. § | **O-BP** |
| § | |
| **HARTFORD FIRE INSURANCE** § | |
| **COMPANY,** § | |
| Defendant. § | |

**AGREED MOTION FOR DISMISSAL WITH PREJUDICE**

TO THE HONORABLE COURT:

Plaintiff YORAM AVNERI and Defendant HARTFORD FIRE INSURANCE COMPANY file this their Agreed Motion for Dismissal with Prejudice and would respectfully show unto the Court the following:

**I.**

Plaintiff and Defendant, through their counsel of record, announce to the Court that all matters in controversy between them have been fully and finally resolved. The intent of this Agreed Motion for Dismissal is to dismiss all Defendants from this cause of action whether or not specifically referred to herein.

**II.**

Plaintiff and Defendant move this Court to dismiss this case with prejudice as to all Defendants, with costs to be taxed against the party incurring same.

WHEREFORE, Plaintiff and Defendant respectfully request the Court enter their Agreed Order of Dismissal with Prejudice as to Plaintiff's right to refile same.

Respectfully submitted,

*/s/Derek L. Fadner*
James M. McClenny
State Bar No. 24091857
J. Zachary Moseley
State Bar No. 24092863
Derek L. Fadner
State Bar No. 24100081
McCLENNY MOSELEY & ASSOCIATES, PLLC
411 N. Sam Houston Parkway E., Suite 200
Houston, Texas 77060
Principal Office No. 713-334-6121
Facsimile: 713-322-5953
Derek@mma-pllc.com
James@mma-pllc.com
Zach@mmaa-pllc.com

**ATTORNEYS FOR PLAINTIFF**


*/s/ Justin E. VandenBout (with permission)*
Chamberlain Hrdlicka White Williams & Aughtry - Houston
Christine Kirchner
Texas Bar No. 00784403
Michelle L Sloan
Texas Bar No. 24093037
Justin Edward VandenBout
Texas Bar No. 24060765
1200 Smith Street, Suite 1400
Houston, TX 77002
Phone: 713-654-9691
Fax: 1713-658-2553
c.kirchner@chamberlainlaw.com
justin.vandenbout@chamberlainlaw.com
michelle.sloan@chamberlainlaw.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 22, 2017, a true and correct copy of the foregoing has been forwarded to counsel of record in accordance with the Texas Rules of Civil Procedure:

Chamberlain Hrdlicka White Williams & Aughtry - Houston
Christine Kirchner
Texas Bar No. 00784403
Michelle L Sloan
Texas Bar No. 24093037
Justin Edward VandenBout
Texas Bar No. 24060765
1200 Smith Street, Suite 1400
Houston, TX 77002
Phone: 713-654-9691
Fax: 1713-658-2553
c.kirchner@chamberlainlaw.com
justin.vandenbout@chamberlainlaw.com
michelle.sloan@chamberlainlaw.com

                                          */s/ Derek L. Fadner*